# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

WAYNE D. DELANEY, JR.,      )
                            )
        Plaintiff,        )
                            )
v.                      )        CV425-274
                            )
WALLENIUS WILHELMSEN    )
(KEEN TRANSPORT), *et al.,*    )
                            )
        Defendants.     )

## ORDER

*Pro se* plaintiff Wayne D. Delaney, Jr., filed a Complaint alleging that his civil rights were violated when he was discriminated against by his employer. *See generally* doc. 1. The Court screened the Complaint, pursuant to 28 U.S.C. § 1915(e), and recommended that a 42 U.S.C. § 1983 claim be dismissed. *See generally* doc. 10. Defendant appeared and moved to dismiss the other claims. *See generally* doc. 14. Plaintiff responded and filed an Amended Complaint. Doc. 16. Since he had not previously amended, the Amended Complaint is proper as a matter of course. *See, e.g.,* Fed. R. Civ. P. 15(a)(1)(B). Because the Amended Complaint supersedes the prior pleadings, the Report and Recommendation, doc. 10, and Motion to Dismiss, doc. 14, are moot. *See,*

1

*e.g., Auto-Owners Ins. Co. v. Tabby Place Homeowners Ass'n, Inc.*, 637 F. Supp. 3d 1342, 1348 n. 4 (S.D. Ga. 2022).    The Report and Recommendation is, therefore, **VACATED**. Doc. 10.    The Motion to Dismiss is **DISMISSED**.    Doc. 14.    Defendant's Motion to Dismiss the Amended Complaint, doc. 17, remains pending.

      **SO ORDERED,** this 9th day of March, 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA